UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-25873 |
|---|---|---|
| Toshiana Smith | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
## COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---|---|
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 43.63 | for reimbursable expenses. |
| $ | 4,043.63 | **total fees and reimbursement allowed.** |
| -$ | 30.00 | less payment received from debtor before date of application. |
| $ | 4,013.63 | **balance allowed and due to the attorney under this order.** |

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 17, 2019

**Fees Payable to:**

David M. Siegel